### JOHNSON v. STATE.

### No. 23598.

Court of Criminal Appeals of Texas.

Feb. 26, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

This is an appeal from a conviction for the offense of tampering with a motor vehicle with a penalty of six months in jail.

The record contains neither bills of exception nor a statement of facts. The complaint was apparently filed under Article 1344 of the Penal Code. The trial court properly overruled the motion to quash the complaint and information. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.